1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ROLANDO ASOLA,                       )   Case No. CV 11-4865 MWF (JCG)
        Petitioner,              )
           v.                     )   **JUDGMENT**
                                    )
VIMAL SINGH, Warden,                 )
        Respondent.             )
_____      )

     IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: January 8, 2013

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE